41094. STATE HIGHWAY DEPARTMENT v. MOORE et al.

FELTON, Chief Judge. The Supreme Court on certiorari, in *Moore v. State Hwy. Dept.*, 221 Ga. 392 (144 SE2d 747), reversed the judgment of this court which reversed the judgment of the trial court. The judgment of this court reversing the trial court is vacated and the judgment of the trial court overruling the motion for a new trial is affirmed.

*Judgment affirmed. Nichols, P. J., Bell, P. J., Frankum, Jordan, Hall, Eberhardt, Pannell and Deen, JJ., concur.*

DECIDED NOVEMBER 12, 1965.

*Eugene Cook, Attorney General, Richard L. Chambers, Horace Campbell, Assistant Attorneys General, Harry T. Lawrence, Deputy Assistant Attorney General,* for plaintiff in error.

*H. E. Kinney, T. L. Shanahan,* contra.